# Court of Appeals
# of the State of Georgia

ATLANTA, June 13, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0464. JENNIFER DOUD v. CHAD DOUD.**

On May 24, 2017, Jennifer Doud (the "mother") filed this application for discretionary appeal from the trial court's March 16, 2017 Final Custody and Child Support Order and April 24, 2017 order awarding attorney fees under OCGA § 19-9-3 (g) to Chad Doud (the "father") in this modification action. Contrary to the father's assertion, the mother's application is not untimely as to the March 16, 2017 order. Under identical facts, this Court has held that when a final custody order reserves the issue of attorney fees, the custody order is not a final judgment, and a party may directly appeal the custody order after the issue of attorney fees has been resolved. *Woodruff v. Choate*, 334 Ga. App. 574, 575-578 (1) (780 SE2d 25) (2015). "[F]inal judgments in child custody cases, such as the trial court's [April 24, 2017] order in this case, are directly appealable under the current statutory scheme." Id. at 578 (1) (b). Thus, although the mother could have directly appealed the final custody order in this modification case within 30 days of March 16, 2017 under OCGA § 5-6-34 (a) (11), she may also directly appeal the final judgment in the custody modification case within 30 days of April 24, 2017 under OCGA § 5-6-34 (a) (1). Id.

We will grant a timely application for discretionary review if the trial court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. The mother shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, she has already filed a notice of appeal, she need not file a second notice. The clerk of the trial court

is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __06/13/2017__
        *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*